PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **EASTERN**
DISTRICT OF **LOUISIANA**  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: **Donna V. Knight**
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. **(504) 680-3000**

Name of Asst. U.S. Attorney (if assigned): **Lynn E. Schiffman**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): **DEA**

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: **Orleans Parish** County

CASE NO. **23-183 SECT. T MAG 2**

USA vs.
Defendant: **Michele Coleman**

Address:

☐ Interpreter Required  Dialect: _____

Birth Date: **1966**
☐ Male  ☑ Female  ☐ Alien (if applicable)

Social Security Number: XXX-XX-**2985**

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: **3** (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) 846 | Consp. to distr. & poss. with intent to distr. cocaine | 1 |
| 4 | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) | Poss. w/int. to distr. cocaine | 3 |
| 4 | 18 U.S.C. § 924(c)(1)(A) | Poss. of firearm in furtherance of drug trafficking crime | 4 |